

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Neissa Philostene

**Civil Action No.** 26-cv-01206-BJC-VET

**Plaintiff,**

V.

see attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus in part. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**      4/30/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-01206-BJC-VET

Christopher J. Larose, in his official capacity as Warden of Otay Mesa Detention Center; Gregory Archambeault, in his official capacity as San Diego Field Office Director, U.S. Immigration and Customs Enforcement; Pam Bondi, in her official capacity as Attorney General of the United States; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security

Respondents